UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AURIELLO MURILLO and<br>JAZMINE MURILLO, h/w | : | CIVIL ACTION - LAW |
| Plaintiffs | : | |
| v. | : | Docket No.: 2:08-cv-3933 |
| GREAT WOLF RESORTS, INC. | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed.

1/12/09
DATED

Richard J. Hollawell
Richard J. Hollawell, Esquire
Attorney for Plaintiffs, Aurelio and
Jazmine Murillo