## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AURELIO MURILLO and** | **:** | **CIVIL ACTION** |
| **JAZMINE MURILLO** | **:** | |
| | **:** | |
| **Plaintiffs,** | **:** | |
| | **:** | **NO. 08-3933** |
| **v.** | **:** | |
| | **:** | |
| **GREAT WORLF RESORTS, INC.,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### O R D E R

AND NOW, this 26th day of July 2010, upon consideration of the "Motion to Reinstate the Above Stated Case Based On Fraud And Hearing Requested" (Docket No. 15), it is hereby ORDERED that the Motion is DENIED as untimely and frivolous.  This case shall remain CLOSED for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE